# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# 1:06 CR 43

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Vs. | ) | ORDER |
| | ) | |
| JAMMIE RAY PITTMAN, | ) | |
| | ) | |
| **Defendant.** | ) | |
| | ) | |

THIS CAUSE coming on to be heard and being heard before the undersigned, pursuant to a motion filed by the defendant entitled, "Motion for Reconsideration of Bond", and it appearing to the court at the call of this matter on for hearing that the defendant was present with counsel, Robert W. Adams, and that the Government was present through Assistant United States Attorney, Corey Ellis, and from the evidence offered, the records in this cause and the arguments of counsel for the defendant and for the Government, the court makes the following findings:

**Findings**. On June 5, 2006 the Grand Jury presented a Bill of Indictment charging the defendant with conspiracy to manufacture and possess with intent to distribute methamphetamine. After the arrest of the defendant, the undersigned held a detention hearing and at that time entered a written order on June 20, 2006 to detain the defendant for a period of 45 to 90 days and further ordered that during that period the defendant be placed in the Jail Based Inpatient Treatment Program and upon completion of the program that the defendant's counsel file a motion requesting the undersigned reconsider the issue of the defendant's detention based upon a change in circumstances, that being the completion of

the Jail Based Inpatient Treatment Program. On July 19, 2006 the defendant's counsel filed a "Motion For Reconsideration of Bond" and in that motion requested that the defendant be permitted to be released to participate in a drug treatment program at a private facility. At the hearing in this matter, evidence was presented that the defendant had begun the Jail Based Inpatient Treatment Program and had, in fact, completed 18 days of the program. The undersigned heard evidence from the defendant's father, James Paul Pittman. The defendant's father testified that the cost of private treatment would be approximately $2,800.00 which the defendant's father was willing to pay. The defendant's father further testified that a bed was available at the private facility beginning on August 9, 2006.

The undersigned hereby incorporates by reference the findings as set forth in the order filed on June 20, 2006.

**Discussion.** The motion of the defendant does not show a sufficient change of circumstances to change or modify the order of June 20, 2006. The defendant has already completed 18 days of the Jail Based Inpatient Treatment Program. In the opinion of the undersigned, it would defeat the purpose of treatment to now take the defendant from one treatment facility and to place him in another. As a result, the undersigned has determined to enter an order denying the defendant's motion without prejudice to the defendant being allowed to file a motion after the defendant has completed the Jail Based Inpatient Treatment Program to asked to be heard on the issue of pretrial release.

**ORDER**

WHEREFORE, IT IS the **ORDER** of the court that the motion of the defendant entitled, "Motion for Reconsideration of Bond" is hereby **DENIED** without prejudice to the defendant being allowed to file a motion to asked to be heard as to the issue of pretrial release after his completion of the Jail Based Inpatient Treatment Program.

Signed: August 1, 2006

Dennis L. Howell
United States Magistrate Judge